IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO.: 5:10-CR-27-RLV-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| - v - | ) | ORDER |
| RONNIE ANDREW HAMBY | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Withdraw Appearance" (Document No. 30) filed February 26, 2013. Having carefully considered the motion, the undersigned will grant the motion,

**IT IS THEREFORE ORDERED** THAT Defendant's "Motion To Withdraw Appearance" (Document No. 30) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Attorney Leah A. Kane and the Federal Defenders of Western North Carolina, Inc. shall be removed as counsel for Defendant in this case.

**SO ORDERED**.

Signed: February 27, 2013

David C. Keesler
United States Magistrate Judge